IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV -2 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. **05 - CV - 02212-**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ELMER CELESTINO ORTEGO #1437585,

    Plaintiff,

v.

GOVERNOR BILL OWENS,
MAYOR HICKENLOOPER,
OFFICE OF THE PUBLIC DEFENDER,
DAVID KAPLAN,
CHARLIE GARCIA,
DENVER COUNTY SHERRTE [sic] AND UNDER SHERRIFF [sic],
DENVER COUNTY JAIL & CITY JAIL,
COLORADO OFFICE OF THE STATE DISTRICT ATTORNEY,
MITCH MORRISSEY AND UNDERSIGNED DA 1-100 2ND JUDICIAL DISTRICT,
DIRECTOR OF CORRECTION FRED OLIVA,
DR. PETER CRUM,
BETH LINDROOS, HSA,
DR. HIRSCH & COMPLETE MEDICAL STAFF - JOHN & JANE DOE 1-100,
CHIEF FOOS,
MAJOR WILSON,
DR. HIGGENS,
NURST [sic] JOE,
MARD JACK,
NURSE ROSTY,
NURSE HENRY,
NURSE SUISTE,
SGT. BROWN,
SGT. BUTLER,
DEPUTY PEREZ (FEMALE),
DEPUTY STRONG,
DEPUTY LOPEZ,
DEPUTY ESCABEL,
DEPARTMENT OF REGATATOR ANGENCIES [sic],
TAMBOR WILLIAMS,
DIVISION OF REGTSTAT,
ROSEMARY MCCOOL,

STEWART KITCHEN STAFF,
FRANKIE JOHNSON,
STEWART DEAN ,
STEWART HERMAN & KITCHEN STAFF - CITY & COUNTEY [sic] 1-10,
LAW LIBRARY, and
DENVER COUNTY AND CITY SHERRI [sic] DEPT. OFFICRS [sic] AND KNOWN BY BUT WILL BE DETAILED,

,

Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the court in an envelope that also contained individual *in forma pauperis* motions from a number of other inmates at the Denver County Jail. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

2

**Complaint, Petition or Application:**
(10) xx    is not submitted
(11) __    is not on proper form (must use the court's current form)
(12) __    is missing an original signature by the prisoner
(13) __    is missing page nos. __
(14) __    uses et al. instead of listing all parties in caption
(15) __    An original and a copy have not been received by the court. Only an original has been received.
(16) __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __    names in caption do not match names in text
(18) __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __2__ day of __November__, 2005.

BY THE COURT:

_____
O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **05 - CV - 02212-**

Elmer C. Ortego
Prisoner No. 1437585
DCJ
P.O. Box 1108
Dnever, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** and two copies of **Prisoner Complaint** to the above-named individuals on 11/2/05

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk